# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ALVIN T. ADDERLEY,

    Petitioner,

v.                          CASE NO. 4:15cv30-RH/CAS

DAVID McCULLUM,
Warden, Taylor Correctional Institution,

    Respondent.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. This case is transferred to the United States District Court for the Middle District of Florida, Orlando Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on March 12, 2015.

                                      s/Robert L. Hinkle
                                      United States District Judge